> FORM TO BE USED BY A PRISONER IN
> FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF OHIO

**FILED**

**JUN 2 6 2019**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**1:19 CV 01477**

Luis D. Negron caraballo

(Enter above the full name of the plaintiff in this action)

CIVIL CASE NO. _____

VS.

Ken Mills - Eric Ivey

CLiFF pinkney - Dr Tollman

(Enter above the full name of the defendant(s) in this action)

JUDGE _____ **JUDGE POLSTER**

**MAGI. JUDGE PARKER**

---

I.    Previous Lawsuits

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   YES ☐   NO ☒

    B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit

       Plaintiffs _____

       _____

       Defendants _____

       _____

    2. Court (if federal court, name the district; if state court, name the county)

       _____

    3. Docket Number _____

    4. Name of judge to whom case was assigned _____

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Luis D Negron Caraballo

Address CCCC - P.O. Box 5600 Cleveland, Ohio, 44101.

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Dr. Tollman is employed as

The head doctor at 1200 ontario st Cleve ohio, 44113.

C. Additional Defendants Ken Mills - director - Eric Ivey - Warden

Cliff pinkney - Sheriff - 1200 ontario st cleve ohio, 44113,

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

I have Been incarcerated in The C.C.C.C. Since April 27th 2019 and was Brought here By parma police When I arrived The Facility Medical ward was Given My Medication For Anxiety and depression. which I havent recieved I was Taken to the inFirMary on May 1st For a rash on My neck and was perscribed Claratin For 31 days, I was never Given a Follow up and I Sent a Kite to Medical about My Medication and For dental

(Statement of Claim Continued)

But never recieved My Medication or Seen For dental I Sent Several Kites To Medical and Grievances I also wrote Dr. Tollman But recieved No response I have Spoken with Officers and Exhausted every possible Solution To No Avail. Also IM Enduring Cruel and unusual punishment and inhumane living conditions and has Complained to The Warden, via kites, letters, Grievances also to The Sheriffs Office via letters and Grievances and wrote Ken Mills. But recieved No response and Nothing has changed. Were deprived of Showers and Phone calls to Family and attorney due to redzone we don't recieve large Muscle recreation or church Services or proper Medical or Mental health Treatment I have sent letters and Took all of The proper Steps to Find a resolution For these problems But No-one listens. Everything that im Mentioning is on The News and in the News papers This is a cry For help and a plea For Mercy. please help Me. Thank You For your Time and Consideration.

- 5 -

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I would like to recieve proper Medical and Mental health treatment also I would like to Be Fairly Compensated For pain and Suffering and Cruel and unusual punishment and inhumane living Conditions also Religous Service and access to The Law Library.

Signed this 17th day of June, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

6-17-19.                    Luis D negron Caraballo
(Date)                    (Signature of Plaintiff)

Luis D Negron Caraballo # 0264235.
CCCC- P.O. Box 5600; Cleve, OHIO, 44101.



Office of the Clerk
United States District, Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113-1830